UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATRINA MCCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:12-CV-2352-JAR |
| | ) |
| TRUEBLUE, INC., d/b/a/ | ) |
| LABOR READY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Motion to Withdraw of Larry A. Bagsby and Bagsby & Lee, LLC. [ECF No. 24]

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw of Larry A. Bagsby and Bagsby & Lee, LLC is set for a hearing on **Friday, June 21, 2013 at 10:00 a.m.** in the courtroom of the undersigned. Plaintiff is required to attend.

Dated this 22nd day of May, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE